UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUAD KNOPF, INC., | CASE NO. 1:13-CV-1262 AWI SKO |
| Plaintiff | ORDER VACATING HEARING DATE OF NOVEMBER 25, 2013 |
| v. | |
| SOUTH VALLEY BIOLOGY CONSULTING, LLC, a California limited liability company; JAMES W. JONES, JR., an individual; JASON H. KANG, an individual; NINA E. HOSTMARK, and individual; MICHAEL V. PHILLIPS, an individual; and PAUL ROSEBUSH, an individual, | |
| Defendants | |

Defendants have filed a motion to dismiss for failure to state a claim and for lack of subject matter jurisdiction.  Plaintiff opposes the motion.  The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 25, 2013, is VACATED, and no party shall appear at that time.  As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 19, 2013                          _____
                                                    SENIOR DISTRICT JUDGE