1  Barry L. Goldner, SBN 107126
2  Catherine E. Bennett, SBN 179483
   KLEIN, DENATALE, GOLDNER,
3  COOPER, ROSENLIEB & KIMBALL, LLP
   4550 California Ave., Second Floor
4  Bakersfield, CA 93309
   Telephone:    661-395-1000
5  Facsimile:    661-326-0418
   Email:        bgoldner@kleinlaw.com
6                cbennett@kleinlaw.com

7  Craig D. Braun, SBN 166519
   Law Offices of Craig D. Braun
8  1620 Mill Rock Way, Suite 400
   Bakersfield, CA  93311
9  Telephone:    661-663-8300
   Facsimile:    661-663-8388
10 Email:        cbraun@braunlawfirm.com

11 Attorneys for Defendants

12

13                     UNITED STATES DISTRICT COURT

14            EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

15

| | |
|---|---|
| 16  QUAD KNOPF, INC., | Case No. 1:13-cv-01262-AWI-SKO |
| 17              Plaintiff, | **ORDER ON STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE** |
| 18       v. | |
| 19  SOUTH VALLEY BIOLOGY CONSULTING, LLC, etc., et al., | Original Hearing Date:   1/14/2014 |
| 20 | Proposed Hearing Date:  2/11/2014 |
| 21              Defendants. | Judge:          Sheila K. Oberto |
| 22 | Time:           9:45 a.m. |
| | Courtroom:      7 |
| 23 | Complaint Filed:   8/9/13 |
| | Trial Date:        Not applicable |

24

25

3C52868.DOCX                    [PROPOSED] ORDER ON STIPULATION TO
                                CONTINUE INITIAL SCHEDULING
                                                     CONFERENCE

Pursuant to the parties' Stipulation, it is ordered as follows:

1. The hearing date for the Initial Scheduling Conference is continued from January 14, 2014, to February 11, 2014, at 9:45 a.m. in Courtroom 7.

IT IS SO ORDERED.

Dated:  **January 7, 2014**              **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE